**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                      CASE NO.: 19-17544 RBR
                                                                                      Chapter 11
SEVEN STARS ON THE HUDSON
CORP

    Debtor.
_____/

### WELLS FARGO BANK, NATIONAL ASSOCIATION'S RESPONSE TO THE DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL

WELLS FARGO BANK, NATIONAL ASSOCIATION ("Wells Fargo") by and through its undersigned counsel, files this Response to the Debtor's Motion to Use Cash Collateral [D.E. #5] and in support of its motion states:

1. Debtor filed for relief under Chapter 11 of the Bankruptcy Code on June 5, 2019.

2. The Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 157(b)(2)(A), (b)(2)(G) and 1334.

3. Wells Fargo is a secured creditor of the Debtor, SEVEN STARS ON THE HUDSON CORP, by way of a Promissory Note dated August 29, 2016 ("Note") in the principal amount of $1,406,900.00 and Mortgage ("Mortgage") along with a Security Agreement securing the Promissory Note with the following described collateral:

    **LOT 7, LESS THE WEST 5 FEET, BLOCK 39, IMPERIAL POINT 2ND SECTION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 54, PAGE 19, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

    as well as:

    All inventory, Chattel Paper, Accounts, Equipment, General Intangibles and Fixtures.

**(A)    All accessions, attachments, accessories, tools, parts, supplies, replacements of any additions to any of the collateral descrbed herein, whether added nor or later.**
**(B)    All products and produce of any of the property described in this Collateral section.**
**(C)    All accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, consignment or other sipostion of any of the property described in this Collateral section.**
**(D)    All proceeds (including insurance proceeds) from the sale, destruction, loss or other disposition of any of the property described in this Collateral section and sums due from a third party who has damaged or destroyed the Collateral or from that party's insurer, whether due to judgment, settlement or other process.**
**(E)    All records and data relating to any of the property described in this Collateral section, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of Grantor's right, title and interest in and to all computer software required to utilize, create, maintain and process any such records or data on electronic media.**

4.      On August 31, 2016, the Mortgage was duly recorded in the Official Records of Broward County, Florida as Instrument Number 113904434. On March 23, 2016, Plaintiff duly filed a UCC-1 Financing Statement on March 23, 2016 with the Secretary of State.

5.      In Response to the Debtor's Expedited Motion to Use Cash Collateral. Wells Fargo objects to the use of cash collateral as the proposed Order attached to the Motion does not provide for an adequate protection payment to Wells Fargo.

6.      In addition, given that this Motion was filed on an emergency basis, Wells Fargo reserves the right to review the Motion and budget in more detail and submit any further objections if necessary in advance of a second interim hearing or final hearing in this matter.

WHEREFORE, Secured Creditor, WELLS FARGO BANK, NATIONAL ASSOCIATION, respectfully request that this Honorable Court enter an Order denying the Motion for Authorization to Use Cash Collateral and to grant such other and further relief as this Court may deem just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this <u>10th</u> day of June, 2019.

KELLEY & FULTON, P.L.
Attorneys for Wells Fargo Bank, N.A.
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax:(561) 684-3773

By:__/s/ *Craig I. Kelley*_____
Craig I. Kelley, Esquire
     Fla. Bar No. 782203

**Mailing Information for Case 19-17544-RBR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Craig I Kelley**    craig@kelleylawoffice.com, dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **Sonya Salkin Slott**    sls@msbankrupt.com, sonya@msbankrupt.com;kristen@msbankrupt.com;mark@msbankrupt.com;Zachary@msbankrupt.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Seven Stars on the Hudson Corp**
5300 Powerline Road
Fort Lauderdale, FL 33309