UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 19-17544-RBR
                                                                Chapter 11

SEVEN STARS ON THE HUDSON CORP

_____Debtor_____/

### CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession. Seven Stars on the Hudson Corp., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):
   **June 5, 2019**

2. Names, case numbers and dates of filing of related debtors:
   **Seven Stars on the Hudson Corp., 19-17544-RBR, June 5, 2019**

3. Description of debtor's business:
   **Trampoline Amusement Park**

4. Locations of debtor's operations and whether the business premises are leased or owned:
   **5300 Powerline Road, Fort Lauderdale, Florida 33309.**
   **Property is leased.**

5. Reasons for filing chapter 11:
   **Landlord interference and operational reorganization.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
   **Jens Berding, $45,000 per annum**
   **Eddy Manzo-Berding $45,000 per annum**
   **No additional benefits besides the annual salary, paid bi-weekly**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   **YTD Gross Sales were 439,827.60 and 2019 Gross Sales were $1,309,386.76**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:
      **None.**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and
      **Wells Fargo $1,270,107.66**

   c. Amount of unsecured claims:
      **Roughly $92,000.00**

9. General description and approximate value of the debtor's assets:
   **Between $100,000 and $500,000 which includes trampoline amusement park equipment such as trampolines, rock walls, obstacle courses, etc.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    **General Liability**
    **Everest National Insurance Co.**
    **Policy #SI8GL01442181**

    **Commerical General Liability**
    **Each occurrence $1,000,000**
    **Damage to rented premises $1,000,000**
    **MED Exp Excluded**
    **Personal & Adv. Injury $1,000,000**
    **General Aggregate $2,000,000**
    **Products- Comp/OP AGG $2,000,000**

    **Automobile Liability**
    **Hired autos only**
    **Non-owned autos for combined single limit (Each accident) $1,000,000**

    **Effective 12/15/2019 to 12/15/2019**

    **Umbrella/Excess**
    **Every National Insurance Co.**
    **Policy # SI8EX01046181**

    **Excess Liab.**
    **Occurance**
    **Each occurance $5,000,000**
    **Aggregate $5,000,000**

Effective 12/15/2018 to 12/15/2019

Property Insurance
Carrier: Great American Insurance Company
Policy Number: 5305279
Coverage end in 12/15/2019
Payments: we split the policy payment in 4 quarters, the next payment is for the amount of $1,175.25 due July 19, 2019

*Avitus*

11. Number of employees and amounts of wages owed as of petition date:
    We were current with all payments as of petition date. Employees were paid through ~~Frida~~, the Company we lease our employees through. We currently have 41 active leased employees.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):
    **All payroll and tax obligations are current.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:
    Motion to Employ General Counsel
    Motion to Use Cash Collateral
    Motion to Pay Affiliates
    Motion to Employ Special Counsel

_____
Signature
Jens Berding
(Name of Corporate Officer or Authorized Representative)

_____
Signature
Sonya Salkin Slott, Esq.
Name and Address of Debtor's Attorney

P.O. Box 15580,
Plantation, FL 33318

603910
FL Bar No.