# SEVEN STARS ON THE HUDSON CORP
## Balance Sheet
### As of May 31, 2019

|  |  |  |  | May 31, 19 |
|---|---|---|---|---:|
| **ASSETS** | | | | |
| | **Current Assets** | | | |
| | | **Checking/Savings** | | |
| | | | Petty Cash | 5,400.00 |
| | | | Wells Fargo Operating - 8540 | 29,657.20 |
| | | | Wells Fargo Savings - 9869 | 0.43 |
| | | **Total Checking/Savings** | | 35,057.63 |
| | | **Other Current Assets** | | |
| | | | Inventory | 4,020.00 |
| | | | Loans to Jens and Eddy | 188,984.03 |
| | | **Total Other Current Assets** | | 193,004.03 |
| | **Total Current Assets** | | | 228,061.66 |
| | **Fixed Assets** | | | |
| | | Accumulated Amortization | | -2,888.89 |
| | | Accumulated Depreciation | | -564,753.75 |
| | | **Equipment** | | |
| | | | Computer Equipment | 1,338.53 |
| | | | Trampoline Equipment | 514,033.85 |
| | | | Equipment - Other | 66,544.44 |
| | | **Total Equipment** | | 581,916.82 |
| | | Franchise Fee | | 40,000.00 |
| | | Furniture and Equipment | | 22,278.50 |
| | | Leasehold Improvements | | 876,742.13 |
| | | Signage | | 73,751.34 |
| | **Total Fixed Assets** | | | 1,027,046.15 |
| | **Other Assets** | | | |
| | | Deposits | | 2,000.00 |
| | | Lease Deposit | | 113,333.34 |
| | | Pre-Paid Rent | | 37,558.00 |
| | **Total Other Assets** | | | 152,891.34 |
| **TOTAL ASSETS** | | | | **1,407,999.15** |
| **LIABILITIES & EQUITY** | | | | |
| | **Liabilities** | | | |
| | | **Current Liabilities** | | |
| | | | **Credit Cards** | |
| | | | Wells Fargo Visa - 8813 | 22,125.66 |
| | | | **Total Credit Cards** | 22,125.66 |
| | | | **Other Current Liabilities** | |
| | | | County Sales Tax Payable | 655.98 |
| | | | Sales Tax Payable | 3,901.21 |
| | | | Short Term Loan | 1.12 |
| | | | **Total Other Current Liabilities** | 4,558.31 |
| | | **Total Current Liabilities** | | 26,683.97 |
| | | **Long Term Liabilities** | | |
| | | | Wells Fargo SBA Loan | 1,270,107.66 |

# SEVEN STARS ON THE HUDSON CORP
## Balance Sheet
### As of May 31, 2019

|  |  |  |  | May 31, 19 |
|---|---|---|---|---:|
|  |  | Total Long Term Liabilities |  | 1,270,107.66 |
|  | Total Liabilities |  |  | 1,296,791.63 |
|  | Equity |  |  |  |
|  |  | Capital - 401k Trust Account |  | 601,953.91 |
|  |  | Capital - Eddy Manzo-Berding |  | 47,241.00 |
|  |  | Capital - Jens Berding |  | 20,222.09 |
|  |  | Common Stock - 401k Trust Acct |  | 1,000.00 |
|  |  | Retained Earnings |  | -547,007.82 |
|  |  | Net Income |  | -12,201.66 |
|  | Total Equity |  |  | 111,207.52 |
| TOTAL LIABILITIES & EQUITY |  |  |  | 1,407,999.15 |