# SEVEN STARS ON THE HUDSON CORP
## Statement of Cash Flows
### January through May 2019

|  | Jan - May 19 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -12,201.66 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Wells Fargo Visa - 8813 | 2,278.05 |
| County Sales Tax Payable | 655.98 |
| Sales Tax Payable | -8,231.86 |
| **Net cash provided by Operating Activities** | -17,499.49 |
| **Net cash increase for period** | -17,499.49 |
| **Cash at beginning of period** | 52,557.12 |
| **Cash at end of period** | **35,057.63** |