# SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### January through May 2019

|  | Jan - May 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| Sales Admissions | 362,960.43 |
| Sales Charge Backs | -1,062.51 |
| Sales Drink Vending and RL | 4,861.00 |
| Sales Grip Socks Income | 50,154.95 |
| Sales Groupon Income | 18,836.73 |
| Sales Hurricane and Massage | 2,261.80 |
| Sales LocBox Income | 1,572.31 |
| Sales Refunds | 242.89 |
| **Total Sales** | 439,827.60 |
| **Total Income** | 439,827.60 |
| **Cost of Goods Sold** | |
| Purchases Food and Drinks | 13,524.79 |
| Purchases Paper & Party Supply | 2,557.77 |
| Socks | 17,587.71 |
| **Total COGS** | 33,670.27 |
| **Gross Profit** | 406,157.33 |
| **Expense** | |
| **Advertising, Marketing, & Promo** | |
| Face Paint Marketing Promo | 700.00 |
| Graphic Artist Marketing | 1,592.70 |
| Marketing Supplies (glow Items) | 1,734.66 |
| National Advertising Fund | 1,820.77 |
| Social Media & TV Marketing | 5,112.53 |
| Special Events Marketing Sup | 1,768.82 |
| Sponsorship | 400.00 |
| **Total Advertising, Marketing, & Promo** | 13,129.48 |
| **Automobile Expense** | |
| Fuel | 8.94 |
| Tolls | 11.37 |
| Automobile Expense - Other | 10.00 |
| **Total Automobile Expense** | 30.31 |
| **Bank Service Charges** | |
| Merchant Fees | 9,122.56 |
| Bank Service Charges - Other | 589.28 |
| **Total Bank Service Charges** | 9,711.84 |
| **Cash Over/Short** | 718.62 |
| **County Sales Tax for Rent** | 1,562.09 |
| **Dues & Subscriptions** | 4,622.24 |
| **Employee Incentives** | 2,368.79 |
| **Filing Fee** | 550.00 |
| **Franchise Fee (Royalty)** | 8,501.60 |
| **Insurance Expense** | |

# SEVEN STARS ON THE HUDSON CORP
## Profit & Loss
### January through May 2019

|  | Jan - May 19 |
|---|---|
| **Liability Insurance** | 2,359.50 |
| **Insurance Expense - Other** | 9,253.88 |
| **Total Insurance Expense** | 11,613.38 |
| **Meals and Entertainment** | 268.43 |
| **Outside Services** | 3,245.02 |
| **Payroll Exp-Leased Employees** | 135,550.34 |
| **Postage & Delivery** | 86.28 |
| **Professional Fees** | |
|     **Accounting** | 4,150.00 |
|     **Bookkeeping** | 2,022.50 |
|     **Legal Fees** | 20,200.00 |
|     **Payroll Processing Fees** | 4,476.95 |
| **Total Professional Fees** | 30,849.45 |
| **Property Tax** | 11,539.81 |
| **Rent Expense** | 156,212.15 |
| **Repairs and Maintenance** | |
|     **R&M Building** | 158.95 |
|     **R&M Trampoline & Equipment** | 1,058.14 |
| **Total Repairs and Maintenance** | 1,217.09 |
| **Sales Tax** | 105.15 |
| **Sales Tax for Rent** | 8,904.11 |
| **Security** | 1,152.16 |
| **Supplies** | |
|     **Consumable Supplies** | 136.97 |
|     **Janitorial Supplies** | 646.24 |
|     **Office Supplies** | 905.88 |
|     **Other Supplies** | 1,415.36 |
| **Total Supplies** | 3,104.45 |
| **Telephone Expense** | 1,492.08 |
| **Uniforms** | 45.10 |
| **Utilities** | 10,341.80 |
| **Workers Comp** | 1,498.65 |
| **Total Expense** | 418,420.42 |
| **Net Ordinary Income** | -12,263.09 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     **Interest Income** | 1.43 |
|     **Other Income** | 60.00 |
|   **Total Other Income** | 61.43 |
| **Net Other Income** | 61.43 |
| **Net Income** | **-12,201.66** |