6/19/19 1:53PM

**Fill in this information to identify the case:**

Debtor name    **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **19-17544**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $        **430,953.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $        **430,953.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        **1,270,107.66**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$        **100,755.27**

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b         $        **1,370,862.93**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **19-17544**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$5,400.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Wells Fargo x8540** | **Checking** | | **$29,657.20** |
| 3.2.  **Wells Fargo x9869** | **Savings** | | **$0.43** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**     **$35,057.63**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **FP&L Deposit** | **$2,000.00** |

Debtor  **Seven Stars on the Hudson Corp**          Case number *(If known)* **19-17544**
        Name

| 7.2. | **Security Deposit to Landlord** | $113,333.34 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | **Prepayment of Rent** | $37,558.00 |
|---|---|---|

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   | $152,891.34 |
   |---|

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Miscellaneous Inventory including socks** | | $0.00 | | $4,020.00 |

23. **Total of Part 5.**
   Add lines 19 through 22.  Copy the total to line 84.

   | $4,020.00 |
   |---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Seven Stars on the Hudson Corp**                                  Case number *(If known)*  **19-17544**
          Name

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------|---------|---------|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** See attached Inventory by appraiser | $0.00 | Appraisal | $50,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    | $50,000.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|--------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|--------|

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|--------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Seven Stars on the Hudson Corp**                    Case number *(If known)*  **19-17544**
_____Name_____

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**Rockin Jump/Circustrix** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>**roughly 55,000 customers in waiver database**<br>**which contains personally identifiable**<br>**information** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                              $0.00
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                        Current value of debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit**
   **has been filed)**

Debtor    **Seven Stars on the Hudson Corp**
Name                                                                        Case number *(If known)* **19-17544**

| | |
|---|---|
| **Breach of Contract by Landlord** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | |
|---|---|
| **Tortious Interference by Xtreme Action Park** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Shareholder Loans to Jens Berding and Eddy Manzo-Berding**                                           **$188,984.03**

**Rights to Additional Territory Miramar/Fort Myers**                                           **Unknown**

78. **Total of Part 11.**                                                                       | **$188,984.03** |
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Seven Stars on the Hudson Corp**                              Case number *(If known)*  **19-17544**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,057.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $152,891.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,020.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $188,984.03 | |
| 91. **Total.** Add lines 80 through 90 for each column | $430,953.00 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $430,953.00 |

Southern District of Florida - Fort Lauderdale Division
In Re: Seven Stars on the Hudson Corp.
Case Number: 19-17544-RBR

Personal Property Inventory & Evaluation Report
5300 Powerline Road
Fort Lauderdale, Florida 33309

June 13, 2019

|     | LOCATION | DESCRIPTION |
| --- | --- | --- |
| 1. | Customer Service Counter | Service Countertops |
| 2. | | (4) Point of Sale Cash Registers & Software |
| 3. | | Epson Receipt Printer |
| 4. | | Brother Printer |
| 5. | | Hewlett-Packard Laptop Computer |
| 6. | | Safe/Drop Box (Leased) |
| 7. | | (2) Large Screen Televisions |
| 8. | | (15) Security Cameras & Monitor |
| 9. | Back Room | Assorted Shelving |
| 10. | | Assorted Footware |
| 11. | | Haier Freezer |
| 12. | | Computer Equipment Rack |
| 13. | | Assorted Electronic Sound Equipment |
| 14. | | Plastic 2-Door Storage Cabinet |
| 15. | | Computer Monitor |
| 16. | | Vacuum Cleaner |
| 17. | | (7) 2-Way Radios & Charger Stands |
| 18. | Customer Waiting Area | Assorted Leather Lounge Chairs (Leased) |
| 19. | | Leather Loveseat |
| 20. | | (4) End Tables |
| 21. | | Coffee/Cocktail Table |
| 22. | | (2) Large Screen Televisions |
| 23. | | Cubbie Storage Units |
| 24. | | Locking Storage Locker Units |
| 25. | | Locker Room Benches |

1

| | LOCATION | DESCRIPTION |
|---|---|---|
| 26. | Glow Room Demo Room | (2) Plastic Folding Tables |
| 27. | | (3) Rolling Wire Baskets |
| 28. | Game Area | Rockin' Jump Vertical Rock Climbing Wall |
| 29. | First Floor Lounge | (2) Resin Picnic Tables |
| 30. | | (5) Bar Height Tables |
| 31. | | (12) Barstools |
| 32. | | Plastic Serving Cart |
| 33. | Game Area | Assorted Trampolines, Sidewalks & Gear<br>Small Children & Advanced Jumpers |
| 34. | Game Area | Ninja Time Trials<br>Climbing Equipment, Harnessing & Gear |
| 35. | Game Area | Dodgeball # 1<br>Assorted Trampolines & Gear |
| 36. | Game Area | Dodgeball # 2<br>Assorted Trampolines & Gear |
| 37. | Game Area | X-Beam<br>Trampolines, Boxing Ring & Gear |
| 38. | Game Area | Rockin' Dunk<br>Trampolines, Basketball Goals & Gear |
| 39. | Game Area | Stunt Bag<br>Trampolines & Gear |
| 40. | Back of Premises | Assorted Lockers |
| 41. | | Assorted Metal Shelving |
| 42. | | Shop Vacuum |
| 43. | | Assorted Cleaning Tools |
| 44. | Second Floor Lounge | (5) Resin Picnic Tables |
| 45. | | (2) Leather Sofas |
| 46. | | (3) Leather Loveseats |
| 47. | | 2) Coffee Tables |
| 48. | | (3) Bar Tables |
| 49. | | (10) Barstools |
| 50. | | (3) Plastic Folding Tables |
| 51. | | (2) Metal Carts |

Submitted By:

_____

George Richards
National Auction Company
June 11, 2019

6/19/19  1:53PM

**Fill in this information to identify the case:**

Debtor name     **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **19-17544**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** **Wells Fargo** <br> Creditor's Name | Describe debtor's property that is subject to a lien | **$1,270,107.66** | **$618,000.00** |

**PO Box 10335**
**Des Moines, IA 50236**
Creditor's mailing address

**Describe the lien**

**Residential Mortgage/Blanket UCC on Business**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$1,270,107.66** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wells Fargo** <br> **420 Montgomery Street** <br> **San Francisco, CA 94104** | Line **2.1** | |
| **Wells Fargo** <br> **Kelley, Fulton & Kaplan** <br> **1665 Palm Beach Lakes Blvd. Suite 1000** <br> **West Palm Beach, FL 33401** | Line **2.1** | |

6/19/19  1:53PM

Debtor    **Seven Stars on the Hudson Corp**
Name

Case number (if know)    **19-17544**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **19-17544**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

   1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ☑ No. Go to Part 2.

      ☐ Yes. Go to line 2.

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

   3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
        out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Avid**<br>**72 Johnnycake Hill Road**<br>**Middletown, RI 02842**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $3,250.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Brinks**<br>**7373 Solutions Center**<br>**Chicago, IL 60677**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $16,590.03 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Cintas Corporation**<br>**3050 SW 42nd Street**<br>**Fort Lauderdale, FL 33312**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Cleaning supplies**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $632.53 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Fusion, LLC**<br>**64J Concord Street**<br>**Wilmington, MA 01887**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **supplies**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,950.36 |

| Debtor | **Seven Stars on the Hudson Corp** | Case number (*if known*) | **19-17544** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Mainstreet Hub/GoDaddy**
**14455 North Hayden Road, Suite 100**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$3,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**MDG Powerline Holdings, LLC**
**18001 Collins Ave. 31st Floor**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$6,667.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stub Rent for June**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Rockin Jump Corporation**
**86 N. University Ave. Ste 350**
**Provo, UT 84601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$37,564.06**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Royalties, Insurance, National Marketing Fund**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Sky Zone, LLC**
**1201 W 5th Street T-900**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$937.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Sound Communication**
**149 W. 36th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$5,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Staples**
**PO Box 790322**
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$3,253.11**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Socks**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Sweet Amanda, LLC**
**200 South Service Road Ste 211**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$1,443.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vending Machine**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Seven Stars on the Hudson Corp** | Case number (if known) | **19-17544** |
|--------|-----------------------------------|------------------------|--------------|
|        | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,066.93** |
|------|------------------------------------------------|----------------------------------------------------------------------|----------------|

**Wells Fargo**
**PO Box 29482**
**Phoenix, AZ 85038**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|--------------------------|-------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Wells Fargo**<br>**PO Box 340214**<br>**Sacramento, CA 95834** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Wells Fargo**<br>**c/o Kelley, Fulton & Kaplan, PL**<br>**1665 Palm Beach Lakes Blvd. Suite 1000**<br>**West Palm Beach, FL 33401** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 100,755.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 100,755.27 |

6/19/19 1:53PM

**Fill in this information to identify the case:**

Debtor name **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **19-17544**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest  **Inpark TV ads**<br><br>State the term remaining<br><br>List the contract number of any government contract | **160 N. Franklin Street #301**<br>**Chicago, IL 60606** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest  **Internet and Phone**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AT&T**<br>**208 S. Akard St.**<br>**Dallas, TX 75202** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest  **Cash pickup**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Brinks**<br>**1801 Bayberry Court**<br>**Richmond, VA 23226** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest  **Phone Campaigns**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CallCap**<br>**125 N. Emporia, Suite 201**<br>**Wichita, KS 67202** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

6/19/19  1:53PM

Debtor 1  **Seven Stars on the Hudson Corp**

First Name  Middle Name  Last Name

Case number *(if known)*  **19-17544**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **POS System** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CenterEdge**<br>**5050 Durham Road**<br>**Roxboro, NC 27574** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cleaning Supplies** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cintas**<br>**800 Cintas Blvd.**<br>**Cincinnati, OH 45262** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Phone and TV** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ComCast**<br>**1701 JFK Blvd**<br>**Philadelphia, PA 19103** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Music** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FEC Music Player**<br>**787 Adelaide St. N. Suite 2**<br>**London Ontario N5Y2L8 Canada** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MDG Powerline Holdings, LLC**<br>**c/o David Reimer, Registered Agent**<br>**18001 Collins Ave. 31st Floor**<br>**Sunny Isles Beach, FL 33160** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Air Freshner** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Scent Air**<br>**3810 Shutterfly Rd. #900**<br>**Charlotte, NC 28217** |

6/19/19  1:53PM

Debtor 1  **Seven Stars on the Hudson Corp**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **19-17544**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **VOIP phones** | |
|---|---|---|---|
| | State the term remaining | | **Teledynamic**<br>**26010 Eden Landing Rd. #1d**<br>**Hayward, CA 94545** |
| | List the contract number of any government contract | | |

6/19/19 1:53PM

**Fill in this information to identify the case:**

Debtor name **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **19-17544**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Eddy Manzo-Berding | 2108 NE 63 Street Fort Lauderdale, FL 33308 | Wells Fargo | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Eddy Manzo-Berding | 2108 NE 63rd Street Fort Lauderdale, FL 33308 | Wells Fargo | ☐ D ____ ■ E/F __3.12__ ☐ G ____ |
| 2.3 | Eddy Manzo-Berding | 2108 NE 63rd Street Fort Lauderdale, FL 33308 | MDG Powerline Holdings, LLC | ☐ D ____ ■ E/F __3.6__ ☐ G ____ |
| 2.4 | Eddy Manzo-Berding | 2108 NE 63rd Street Fort Lauderdale, FL 33308 | Rockin Jump Corporation | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.5 | Jens Berding | 2108 NE 63rd Street Fort Lauderdale, FL 33308 | Wells Fargo | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Seven Stars on the Hudson Corp** | Case number *(if known)* | **19-17544** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.6 | Jens Berding | 2108 NE 63rd Street<br>Fort Lauderdale, FL 33308 | MDG Powerline<br>Holdings, LLC | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.7 | Jens Berding | 2108 NE 63rd Street<br>Fort Lauderdale, FL 33308 | Rockin Jump<br>Corporation | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Seven Stars on the Hudson Corp**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **19-17544**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$439,827.60** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,309,386.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,439,861.82** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Seven Stars on the Hudson Corp**                    Case number *(if known)* **19-17544**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **MDG Powerline Holdings, LLC**<br>c/o David Reimer, Registered Agent<br>18001 Collins Ave. 31st Floor<br>Sunny Isles Beach, FL 33160 | **March 8,<br>2019; April 8,<br>2019; May<br>10, 2019** | **$100,007.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Montly Rent Payment** |
| 3.2. **Staples**<br>PO Box 790322<br>Saint Louis, MO 63179 | **3/19/19;<br>3/20/19;<br>4/2/19;<br>4/15/19;<br>4/23/19;<br>5/31/19;** | **$9,938.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Inventory Supplies** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **Nefreteri Tomalo v. Seven<br>Stars on the Hudson, et al<br>CACE-19-005433** | **Personal Injury** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Seven Stars on the Hudson Corp**                                   Case number *(if known)*  **19-17544**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Wells Fargo v. Seven Stars on the Hudson, et al**<br>**CACE-19-003775** | **Foreclosure** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Wells Fargo v. Seven Stars on the Hudson, et al**<br>**CACE-19-003816** | **Credit Card Damages** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **American Cancer Society** | **Charitable walk- amount include promotional materials and t-shirts** | **August 2018 and Feb 2019** | **$4,500.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

| Debtor | **Seven Stars on the Hudson Corp** | Case number *(if known)* | **19-17544** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Salkin Law Firm 950 S. Pine Island Road, Suite A-150 Plantation, FL 33324** | Legal Fees | **$10,000 in Fall 2018 and $15,000 in April 2019** | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kathleen Daly 515 N. Flagler Drive Ste P300 West Palm Beach, FL 33401** | Legal Fees | April 2019 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **The Salkin Law Firm** | Cost Retainer | June 2019 | $2,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

| **Part 7:** | Previous Locations |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor   **Seven Stars on the Hudson Corp** _____   Case number *(if known)*  **19-17544** _____

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Information for Waiver** _____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-2039** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Jan 2019** | **$0.00** |
| 18.2. | **Bank of America** | **XXXX-** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Jan 2019** | **$0.00** |

**19. Safe deposit boxes**

6/19/19  1:53PM

Debtor    **Seven Stars on the Hudson Corp**                                    Case number *(if known)* **19-17544**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

6/19/19 1:53PM

| Debtor | Seven Stars on the Hudson Corp | Case number *(if known)* 19-17544 |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Five Stars on the Hudson** | **No Assets; No Activities** | EIN:   **47-2423372** |
| | | From-To   **November 2014-Present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kerri Trimbach** | **2018-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jens Berding** | |
| 26c.2.   **Eddy Manzo-Berding** | |
| 26c.3.   **Kerri Trimbach** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Wells Fargo Bank** |
| 26d.2.   **Paypal** |

**27. Inventories**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Seven Stars on the Hudson Corp**                                    Case number *(if known)*  **19-17544**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jens Berding** | **2108 NE 63rd Street**<br>**Fort Lauderdale, FL 33308** | **President and Co-Owner** | **.72%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eddy Manzo-Berding** | **2108 NE 63rd Street**<br>**Fort Lauderdale, FL 33308** | **President and Co-Owner** | **.18%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Seven Stars on the Hudson 401k Trust** | | | **99%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jens Berding** | **$20,692.34** | **Payroll from Jan 1 2019 through date of filing** | **Payroll** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Eddy Manzo-Berding** | **$20,576.95** | **January 1, 2019 through date of filing** | **Payroll** |
| | **Relationship to debtor**<br>**President** | | | |

Debtor   **Seven Stars on the Hudson Corp**                              Case number *(if known)*   **19-17544**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Jens Berding** | **$12,950.00** | **6/15/18 and 7/10/2018** | **Personal Loan** |
| | **Relationship to debtor** **President** | | | |
| 30.4. | **Eddy Manzo-Berding** | **$34,950** | **6/21/18; 6/22/18; 8/3/18; 9/4/18; 10/4/18** | **Personal Loans** |
| | **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June 19, 2019__

__/s/ Jens Berding__                                    __Jens Berding__
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

6/19/19  1:53PM

# United States Bankruptcy Court
## Southern District of Florida

In re    **Seven Stars on the Hudson Corp**                         Case No.    **19-17544**

                                            Debtor(s)             Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 19, 2019**                      **/s/ Jens Berding**

                                            **Jens Berding**/
                                            Signer/Title

160 N. Franklin Street #301
Chicago, IL 60606


AT&T
208 S. Akard St.
Dallas, TX 75202


Avid
72 Johnnycake Hill Road
Middletown, RI 02842


Brinks
7373 Solutions Center
Chicago, IL 60677


Brinks
1801 Bayberry Court
Richmond, VA 23226


CallCap
125 N. Emporia, Suite 201
Wichita, KS 67202


CenterEdge
5050 Durham Road
Roxboro, NC 27574


Cintas
800 Cintas Blvd.
Cincinnati, OH 45262


Cintas Corporation
3050 SW 42nd Street
Fort Lauderdale, FL 33312


ComCast
1701 JFK Blvd
Philadelphia, PA 19103


Eddy Manzo-Berding
2108 NE 63rd Street
Fort Lauderdale, FL 33308

FEC Music Player
787 Adelaide St. N. Suite 2
London Ontario N5Y2L8 Canada


Fusion, LLC
64J Concord Street
Wilmington, MA 01887


Jens Berding
2108 NE 63rd Street
Fort Lauderdale, FL 33308


Mainstreet Hub/GoDaddy
14455 North Hayden Road, Suite 100
Scottsdale, AZ 85260


MDG Powerline Holdings, LLC
c/o David Reimer, Registered Agent
18001 Collins Ave. 31st Floor
Sunny Isles Beach, FL 33160


Rockin Jump Corporation
86 N. University Ave. Ste 350
Provo, UT 84601


Scent Air
3810 Shutterfly Rd. #900
Charlotte, NC 28217


Sky Zone, LLC
1201 W 5th Street T-900
Los Angeles, CA 90017


Sound Communication
149 W. 36th Street
New York, NY 10018


Staples
PO Box 790322
Saint Louis, MO 63179


Sweet Amanda, LLC
200 South Service Road Ste 211
Roslyn Heights, NY 11577

```
Teledynamic
26010 Eden Landing Rd. #1d
Hayward, CA 94545


Wells Fargo
PO Box 10335
Des Moines, IA 50306


Wells Fargo
PO Box 29482
Phoenix, AZ 85038


Wells Fargo
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo
PO Box 340214
Sacramento, CA 95834


Wells Fargo
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd. Suite 1000
West Palm Beach, FL 33401
```