# EXHIBIT 3

Case 19-17544-RBR    Doc 37-3    Filed 07/19/19    Page 2 of 6

# THIRD AMENDMENT TO LEASE AGREEMENT

THIS THIRD AMENDMENT TO LEASE AGREEMENT ("Third Amendment") made and entered into this _____ day of November, 2016 by and between **MDG POWERLINE HOLDINGS, LLC,** a Florida limited liability company having an office at 18001 Collins Ave, 31st Floor, Sunny Isles Beach, FL 33160 and/or its assigns ("Landlord") and **Seven Stars on the Hudson Corporation,** a Florida corporation, having an office at 2108 NE 63rd Street, Fort Lauderdale, Florida 33308 ("Tenant"), collectively referred to as "Parties".

## WITNESSETH:

WHEREAS, Landlord and Tenant entered into a Lease Agreement executed on November 23, 2015, and subsequently First and Second Amendments to Lease Agreement ("First Amendment" and "Second Amendment" respectively and all collectively referred to as the "Lease"), pursuant to which the Tenant agreed to lease the Premises described in the Lease; and

WHEREAS, Landlord and Tenant have agreed to amend certain provisions to the Lease;

NOW, THEREFORE, in consideration of the mutual covenants, promises and agreements contained in this Third Amendment, and for other good and valuable consideration exchanged between the Parties, the receipt and sufficiency of which are hereby acknowledged, it is hereby agreed as follows:

1. All capitalized terms used but not otherwise defined herein shall have the identical, respective meanings ascribed to them in the Lease.

2. Where any provision of this Third Amendment conflict with, or are inconsistent with, any provisions of the Lease, then the provisions of this Second Amendment shall control.

3. Notwithstanding anything to the contrary contained in the Lease, it is hereby agreed as follows:

   a. The additional Security Deposit required to be paid by Tenant is hereby reduced to $5,577.39. Landlord acknowledges receipt of the additional Security Deposit.

   b. Landlord acknowledges receipt of the September 2016 Rent.

   c. Rent, including sales tax, for the Month of October 2016 in the amount of $31,960.61 is reduced to $30,000 ("October Rent").

   d. October Rent will be due and payable in three equal payments of $10,000 each during the months of July, August and September 2017. The October payments will be due at the same times as the Gross Rent due in each of the three months.

   e. Within one day of execution of this Third Amendment Tenant will deliver the November 2016 Rent to Landlord.

Landlord's Initials: _____  Tenants Initials: _____

4. All other terms and provisions of the Lease not in conflict with the terms and provisions contained herein, shall remain in full force and effect and are hereby deemed ratified by each of the parties thereto.

5. <u>Miscellaneous</u>. This Second Amendment may be signed in more than one counterpart and/or by facsimile or electronic mail, in which case each counterpart shall constitute an original. Paragraph headings are for convenience only and are not intended to expand or restrict the scope or substance of the provisions of this Second Amendment. Wherever used herein, the singular shall include the plural, the plural shall include the singular, and pronouns shall be read as masculine, feminine or neutral as the context requires.

**SIGNATURES FOLLOW ON THE NEXT PAGE**

Landlord's Initials: DG    Tenants Initials: _____

IN WITNESS WHEREOF, the Parties have duly executed this Third Amendment the day and year first above written. Individuals signing on behalf of a principal warrant that they have the authority to bind their principals. Signed, sealed and delivered in the presence of:

**WITNESSES:**

Print Name: _____

Print Name: _____

Print Name: _____

Print Name: _____

**LANDLORD:**
**MDG POWERLINE HOLDINGS, LLC.**

_____
Michael Dezer

Manager

**TENANT:**
**Seven Stars on the Hudson Corporation**

_____
Jens Berding

President

Landlord's Initials: _____   Tenants Initials: _____

IN **WITNESS WHEREOF**, the Parties have duly executed this Third Amendment the day and year first above written. Individuals signing on behalf of a principal warrant that they have the authority to bind their principals. Signed, sealed and delivered in the presence of:

**WITNESSES:**

Print Name: _____

Print Name: _____

Print Name: _____

x _____
Print Name:

**LANDLORD:**
**MDG POWERLINE HOLDINGS, LLC.**

_____
Michael Dezer
Manager

**TENANT:**
**Seven Stars on the Hudson Corporation**

_____
Joris Berding
President

Landlord's Initials: _____   Tenants Initials: _____