**EXHIBIT 4**



