**EXHIBIT 5**



