**EXHIBIT 6**

