**EXHIBIT 8**

