**EXHIBIT 9**





THE ARENA
EVOLUTION
ESCAPE ROOMS
RESTROOMS
HARD KNOCKS 365
HOUSE HOOPS
GOLD COAST DERBY GRRLS
BUY HERE TODAY!






