Fill in this information to identify the case:

Debtor Name __Seven Stars on the Hudson, Corp (DIP)__

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __June 2019__     Date report filed: __7/22/2019__
                                          MM / DD / YYYY

Line of business: __Trampoline Park__     NAISC code: __713990__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Jens Berding__

Original signature of responsible party: _/s/ Jens Berding_

Printed name of responsible party: __Jens Berding__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|----------|-----|----|----|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|----------|-----|----|----|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Seven Stars on the Hudson, Corp (DIP)**    Case number _____

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 50,452.87

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 184,162.03

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 168,839.03

22. **Net cash flow**   + $ 15,323.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 65,775.87

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 11,988.02

    (Exhibit E)

Debtor Name **Seven Stars on the Hudson, Corp (DIP)**   Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____623_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   _____31_____
27. What is the number of employees as of the date of this monthly report?   _____30_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____0_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0_____
30. How much have you paid this month in other professional fees?   $ _____0_____
31. How much have you paid in total other professional fees since filing the case?   $ _____0_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 117,700.00 | − | $ 184,162.03 | = | $ -66,462.03 |
| 33. **Cash disbursements** | $ 112,473.00 | − | $ 168,839.03 | = | $ -56,366.03 |
| 34. **Net cash flow** | $ 5,277.00 | − | $ 15,323.00 | = | $ -10,096.00 |

35. Total projected cash receipts for the next month:   $ 133,750.00
36. Total projected cash disbursements for the next month:   - $ 119,634.00
37. Total projected net cash flow for the next month:   = $ 14,116.00

Debtor Name  Seven Stars on the Hudson, Corp (DIP)            Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C: Cash Receipts

| Date | Amount | Type | Deposited in Bank (Y/N) |
|---|---|---|---|
| 6/5/19 | $2,111.35 | Groupon | Y |
| 6/5/19 | $618.80 | Cash | Y |
| 6/5/19 | $260.00 | Cash | Y |
| 6/6/19 | $823.00 | Cash | Y |
| 6/6/19 | $524.50 | Check | Y |
| 6/6/19 | $550.52 | Square Inc | Y |
| 6/7/19 | $857.00 | Cash | Y |
| 6/7/19 | $860.50 | Square Inc | Y |
| 6/10/19 | $380.00 | Cash | Y |
| 6/10/19 | $360.00 | Cash | Y |
| 6/11/19 | $206.36 | Square Inc | Y |
| 6/12/19 | $162.33 | Square Inc | Y |
| 6/13/19 | $632.29 | Square Inc | Y |
| 6/11/19 | $47,118.93 | Wells Fargo (Deposit from Prior Bank Account) | Y |
| 6/11/19 | $13,010.00 | Cash | Y |
| 6/11/19 | $80.00 | Wells Fargo (Deposit) | Y |
| 6/12/19 | $33,335.67 | Withdrawal (Rent Check that was later redeposited in this account) | Y |
| 6/14/19 | $618.48 | Credit Cards | Y |
| 6/14/19 | $403.00 | Cash | Y |
| 6/14/19 | $990.00 | Cash | Y |
| 6/14/19 | $485.00 | Cash | Y |
| 6/14/19 | $575.00 | Cash | Y |
| 6/14/19 | $667.18 | Wells Fargo (Deposit from Prior Bank Account) | Y |
| 6/17/19 | $2,744.00 | Cash | Y |
| 6/17/19 | $1,164.00 | Cash | Y |
| 6/17/19 | $203.00 | Cash | Y |
| 6/17/19 | $200.00 | Cash | Y |
| 6/17/19 | $713.63 | Check | Y |
| 6/17/19 | $5,531.28 | Credit Cards | Y |
| 6/17/19 | $2,892.46 | Credit Cards | Y |
| 6/17/19 | $1,839.86 | Credit Cards | Y |
| 6/18/19 | $1,101.00 | Cash | Y |
| 6/18/19 | $4,949.84 | Credit Cards | Y |
| 6/19/19 | $2,739.37 | Groupon | Y |
| 6/19/19 | $196.00 | Cash | Y |
| 6/19/19 | $2,848.83 | Credit Cards | Y |

| Date | Amount | Type | Deposited | Notes |
|---|---|---|---|---|
| 6/20/19 | $592.00 | Cash | Y | |
| 6/20/19 | $1,846.82 | Credit Cards | Y | |
| 6/21/19 | $312.00 | Cash | Y | |
| 6/21/19 | $1,668.70 | Credit Cards | Y | |
| 6/24/19 | $2,031.04 | Cash | Y | |
| 6/24/19 | $1,625.00 | Cash | Y | |
| 6/24/19 | $950.00 | Cash | Y | |
| 6/24/19 | $5,438.23 | Credit Cards | Y | |
| 6/24/19 | $3,585.93 | Credit Cards | Y | |
| 6/24/19 | $1,453.51 | Credit Cards | Y | |
| 6/24/19 | $39.77 | Credit Cards | Y | |
| 6/25/19 | $3,888.36 | Credit Cards | Y | |
| 6/26/19 | $623.00 | Cash | N | Under investigation with Brinks and Wells Fargo (see also Exhibit F) |
| 6/26/19 | $1,378.00 | Cash | Y | |
| 6/26/19 | $203.00 | Cash | Y | |
| 6/26/19 | $2,034.64 | Credit Cards | Y | |
| 6/27/19 | $1,503.53 | Credit Cards | Y | |
| 6/28/19 | $529.00 | Cash | Y | |
| 6/28/19 | $881.42 | Credit Cards | Y | |
| 6/28/19 | $0.89 | Wells Fargo (Interest) | Y | |
| 6/28/19 | $279.00 | Cash | Deposited in July | |
| 6/29/19 | $2,420.00 | Cash | Deposited in July | |
| 6/30/19 | $2,690.00 | Cash | Deposited in July | |
| 6/27/19 | $1,626.92 | Credit Cards | Deposited in July | |
| 6/28/19 | $2,598.33 | Credit Cards | Deposited in July | |
| 6/29/19 | $7,189.55 | Credit Cards | Deposited in July | |
| 6/30/19 | $4,020.21 | Credit Cards | Deposited in July | |
| **Total** | **$184,162.03** | | | |

Exhibit D: Total Cash Disbursements (Incl. Cash, Debit, Check Payments)

| Date | Payee | Purpose | Amount |
|---|---|---|---:|
| 6/5/19 | The Salkin Law Firm, P.A. | Legal Fees | $2,500.00 |
| 6/5/19 | Dion Marketing Company | Graphic Artist Marketing | $41.20 |
| 6/5/19 | CenterEdge Software | Software Subscriptions (Dues & Subscriptions) | $540.25 |
| 6/5/19 | CenterEdge Software | Software Subscriptions (Dues & Subscriptions) | $25.00 |
| 6/6/19 | Vantiv | Credit Card Processing Fees | $866.51 |
| 6/6/19 | Vantiv | Online Credit Card Processing Fees | $161.39 |
| 6/6/19 | BJs Wholesale | Other Supplies | $89.78 |
| 6/6/19 | UPShow TV | Social Media Marketing | $225.00 |
| 6/7/19 | Walmart | Other Supplies | $24.43 |
| 6/7/19 | Xtreme Action Park | Food for Events | $623.58 |
| 6/7/19 | CenterEdge Software | Software Subscriptions (Dues & Subscriptions) | $199.00 |
| 6/7/19 | Amazon | Other Supplies | $75.70 |
| 6/11/19 | Wells Fargo (Withdrawal) | Transfer to new Wells Fargo Account | $47,198.93 |
| 6/11/19 | Wells Fargo | Client Analysis Service Charge (Bank Fee) | $127.44 |
| 6/13/19 | eDeposit | Rent Payment was returned new amount paid | $33,335.67 |
| 6/13/19 | Wells Fargo | Wire Transfer Fee | $30.00 |
| 6/13/19 | Parking (Verrus) | Office Supplies | $3.35 |
| 6/13/19 | MDG Powerline Hold | Rent and Sales Tax for Rent (June 2019) | $26,668.54 |
| 6/13/19 | Withdrawal (Avitus Inc) | Payroll (All Parts) | $11,006.68 |
| 6/13/19 | Office Depot | Office Supplies | $8.55 |
| 6/14/19 | Wells Fargo (Withdrawal) | Transfer to new Wells Fargo Account | $667.18 |
| 6/14/19 | Legal Zoom | Rebranding Costs | $193.95 |
| 6/14/19 | BJs Wholesale | Food (Cost of Goods Sold) | $49.20 |
| 6/17/19 | Xtreme Action Park | Food for Events | $131.78 |
| 6/17/19 | Kerri Trimbach | Bookkeeping | $184.01 |
| 6/17/19 | Xobee Networks | Telephone | $55.99 |
| 6/17/19 | Office Depot | Office Supplies | $73.17 |
| 6/17/19 | CallCap | Social Media Marketing | $801.25 |
| 6/18/19 | Florida Department of Revenue | Florida Sales Tax for May 2019 | $4,561.22 |
| 6/18/19 | USPS PO | Postage (Office Supplies) | $55.00 |
| 6/18/19 | Harland Clarke Checks | Office Supplies (New check or deposit slips) | $254.89 |
| 6/19/19 | Florida Power & Light Co | Electric Payment (Utilities) | $2,294.51 |
| 6/19/19 | AT&T | Telephone | $203.51 |
| 6/19/19 | Amazon | Arts & Crafts (COGS) | $53.98 |
| 6/20/19 | Office Depot | Office Supplies | $7.69 |
| 6/20/19 | Amazon | Arts & Crafts (COGS) | $58.18 |
| 6/20/19 | Cha-Baa Sushi | Meals & Entertainment | $30.43 |
| 6/20/19 | Amazon | Arts & Crafts (COGS) | $6.48 |
| 6/20/19 | Adobe*Acropro | Subscription | $14.99 |
| 6/21/19 | Wells Fargo Bank | SBA Loan June Payment (Ask for Breakdown) | $12,500.00 |
| 6/21/19 | Walmart | Glow Items (COGS) | $164.08 |
| 6/21/19 | Staples Promotional | Grip Socks | $2,168.74 |
| 6/21/19 | Humanity | Scheduling Subscription | $54.60 |

| Date | Payee | Description | Amount |
|---|---|---|---:|
| 6/21/19 | Amazon | Arts & Crafts (COGS) | $8.55 |
| 6/24/19 | BJs Wholesale | Office Supplies (Thermal Paper) | $14.97 |
| 6/24/19 | Xtreme Action Park | Food for Events | $96.90 |
| 6/24/19 | Walmart | Glow Items (COGS) | $45.02 |
| 6/24/19 | Xtreme Action Park | Food for Events | $453.11 |
| 6/24/19 | Xtreme Action Park | Food for Events | $41.24 |
| 6/24/19 | Restaurant Depot | Paper Supplies (COGS) | $148.18 |
| 6/24/19 | Amazon | Glow Items (COGS) | $185.90 |
| 6/26/19 | Amazon | Arts & Crafts (COGS) | $13.08 |
| 6/27/19 | Waste Pro of Fort Lauderdale | Trash (Utilities) | $205.08 |
| 6/27/19 | Xtreme Action Park | Food for Events | $6.26 |
| 6/28/19 | Walmart | Glow Items (COGS) | $142.74 |
| 6/28/19 | Avitus Inc | Payroll (All Parts) | $18,868.64 |
| 6/28/19 | Kerri Trimbach | Bookkeeping | $207.55 |
| 6/28/19 | Amazon | Janitorial Supplies (Park Maintenance) | $35.98 |
| 6/28/19 | Wells Fargo | Wire Transfer Fee | $30.00 |
| | | **Total** | **$168,839.03** |

Exhibit E: Unpaid New Debt

| Date of Invoice | Party | Services/Goods Received | Due Date | Amount |
|---|---|---|---|---|
| 1-Jul-19 | Brinks | Cash Pickup | 1-Jul-19 | 575.75 |
| 6/30/19 | CircusTrix/RockinJump | Royalties | 6/30/19 | 5581.43 |
| 6/30/19 | CircusTrix/RockinJump | Insurance | 6/30/19 | 4900.6 |
| 6/30/19 | CircusTrix/RockinJump | Nat'l Marketing Fund | 6/30/19 | 930.24 |
| | | | Total | 11,988.02 |

Exhibit F: Money Owed to Us

| Date | Party | Source | Amount |
|---|---|---|---|
| 26-Jun | Wells Fargo | Cash Deposit via Brink Cash Service | $623 |

# Analyzed Business Checking

Account number:  ▬▬▬4006  ■  June 11, 2019 - June 30, 2019  ■  Page 1 of 6



SEVEN STARS ON THE HUDSON CORP
DBA ROCKIN'JUMP FORT LAUDERDALE
DEBTOR IN POSSESSION
CH11 CASE #19-17544 (SFL)
2108 NE 63RD ST
FORT LAUDERDALE FL 33308-1303

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:  wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▬▬▬4006 | $0.00 | $154,377.38 | -$115,482.65 | $38,894.73 |

### Interest summary

| | |
|---|---|
| Annual percentage yield earned this period | 0.05% |
| Interest earned during this period | $0.89 |
| Year to date interest and bonuses paid | $0.89 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/11 | 47,118.93 | Deposit |
| | | **$47,118.93** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/11 | 13,010.00 | eDeposit IN Branch/Store 06/11/19 01:15:27 PM 4875 N Federal Hwy Fort Lauderdale FL 4006 |
| | 06/11 | 80.00 | Deposit Made In A Branch/Store |
| | 06/12 | 9.00 | eDeposit IN Branch/Store 06/12/19 12:15:10 PM 3300 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/13 | 33,335.67 | eDeposit IN Branch/Store 06/13/19 09:23:24 Am 4875 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/14 | 618.48 | 5/3 Bankcard Sys Comb. Dep. 061319 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/14 | 403.00 | eDeposit IN Branch/Store 06/14/19 01:02:21 PM 6400 N Andrews Ave Fort Lauderdale FL 4892 |



**Electronic deposits/bank credits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/14 | 990.00 | eDeposit IN Branch/Store 06/14/19 01:03:51 PM 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/14 | 485.00 | eDeposit IN Branch/Store 06/14/19 01:05:17 PM 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/14 | 575.00 | eDeposit IN Branch/Store 06/14/19 01:06:34 PM 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/14 | 667.18 | eDeposit IN Branch/Store 06/14/19 01:22:01 PM 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/17 | 203.00 | ATM Cash Deposit on 06/15 6245 North Federal Highwa Ft Lauderdale FL 0001321 ATM ID 0791A Card 4892 |
| | 06/17 | 1,164.00 | ATM Cash Deposit on 06/16 6400 North Andrews Ave Ft Lauderdale FL 0001485 ATM ID 6549F Card 4892 |
| | 06/17 | 200.00 | ATM Cash Deposit on 06/16 6400 North Andrews Ave Ft Lauderdale FL 0001486 ATM ID 6549F Card 4892 |
| | 06/17 | 1,839.86 | 5/3 Bankcard Sys Comb. Dep. 061419 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/17 | 2,892.46 | 5/3 Bankcard Sys Comb. Dep. 061519 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/17 | 5,531.28 | 5/3 Bankcard Sys Comb. Dep. 061619 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/17 | 2,744.00 | eDeposit IN Branch/Store 06/17/19 10:07:30 Am 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/17 | 713.63 | ATM Check Deposit on 06/17 4491 S. State Rd. 7 Davie FL 0001182 ATM ID 0334O Card 4892 |
| | 06/18 | 4,949.84 | 5/3 Bankcard Sys Comb. Dep. 061719 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/18 | 1,101.00 | eDeposit IN Branch/Store 06/18/19 11:45:02 Am 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/19 | 2,739.37 | Grpn Merch Svcs N300044159 190617 C300044159P1078 Rockin Jump Ft Lauderd |
| | 06/19 | 2,848.83 | 5/3 Bankcard Sys Comb. Dep. 061819 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/19 | 196.00 | ATM Cash Deposit on 06/19 5830 South University Dr. Davie FL 0003586 ATM ID 9859P Card 4892 |
| | 06/20 | 1,846.82 | 5/3 Bankcard Sys Comb. Dep. 061919 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/20 | 592.00 | eDeposit IN Branch/Store 06/20/19 10:33:28 Am 6400 N Andrews Ave Fort Lauderdale FL 4892 |
| | 06/21 | 1,668.70 | 5/3 Bankcard Sys Comb. Dep. 062019 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/21 | 312.00 | eDeposit IN Branch/Store 06/21/19 12:39:24 PM 2200 W Atlantic Blvd Pompano Beach FL 4006 |
| | 06/24 | 39.77 | 5/3 Bankcard Sys Comb. Dep. 062219 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/24 | 1,453.51 | 5/3 Bankcard Sys Comb. Dep. 062119 4445021768564 Mercury Comb. Dep. Term 45021768564 |



### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/24 | 3,585.93 | 5/3 Bankcard Sys Comb. Dep. 062319 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/24 | 5,438.23 | 5/3 Bankcard Sys Comb. Dep. 062319 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/24 | 950.00 | eDeposit IN Branch/Store 06/24/19 11:21:25 Am 4875 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/24 | 1,625.00 | eDeposit IN Branch/Store 06/24/19 11:23:17 Am 4875 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/24 | 2,031.04 | eDeposit IN Branch/Store 06/24/19 02:13:34 PM 6245 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/25 | 3,888.36 | 5/3 Bankcard Sys Comb. Dep. 062419 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/26 | 2,034.64 | 5/3 Bankcard Sys Comb. Dep. 062519 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/26 | 0.01 | Square Inc Sdv-Vrfy 190626 T200130519882 Seven Stars on The Hud |
| | 06/26 | 203.00 | eDeposit IN Branch/Store 06/26/19 09:53:18 Am 6245 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/26 | 1,378.00 | eDeposit IN Branch/Store 06/26/19 09:57:06 Am 6245 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/27 | 1,503.53 | 5/3 Bankcard Sys Comb. Dep. 062619 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/28 | 0.89 | Interest Payment |
| | 06/28 | 881.42 | 5/3 Bankcard Sys Comb. Dep. 062719 4445021768564 Mercury Comb. Dep. Term 45021768564 |
| | 06/28 | 529.00 | eDeposit IN Branch/Store 06/28/19 02:09:38 PM 2200 W Atlantic Blvd Pompano Beach FL 4892 |
| | | **$107,258.45** | **Total electronic deposits/bank credits** |
| | | **$154,377.38** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/12 | 9.00 | Cash eWithdrawal in Branch/Store 06/12/2019 12:10 PM 3300 N Federal Hwy Fort Lauderdale FL 4892 |
| | 06/12 | 33,335.67 | Withdrawal Made In A Branch/Store |
| | 06/13 | 30.00 | Wire Trans Svc Charge - Sequence: 190613049486 Srf# 0066048164848510 Trn#190613049486 Rfb# |
| | 06/13 | 3.35 | Purchase authorized on 06/12 Parking (Verrus) Fort Lauderda FL S389163492683503 Card 4892 |
| | 06/13 | 26,668.54 | Withdrawal Made In A Branch/Store |
| | 06/13 | 11,006.68 | WT Fed#04665 First Interstate B /Ftr/Bnf=Avitus Inc Srf# 0066048164848510 Trn#190613049486 Rfb# |
| | 06/13 | 8.55 | Purchase authorized on 06/13 Office Depot 00 6325 Nort Fort Lauderda FL P00589164579668317 Card 4892 |



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 06/14 | 193.95 | Purchase authorized on 06/13 Lzc* Legalzoom.Com 866-6980053 CA S469164370796175 Card 4892 |
| | 06/14 | 49.20 | Purchase authorized on 06/14 Bjs Wholesale #0 5100 NW Ft Lauderdale FL P00389165655049938 Card 4892 |
| | 06/17 | 801.25 | Purchase authorized on 06/14 Callcap 316-858-5990 KS S589165580097875 Card 4819 |
| | 06/17 | 73.17 | Purchase authorized on 06/14 Office Depot #371 800-463-3768 FL S389165724212013 Card 4819 |
| | 06/17 | 55.99 | Recurring Payment authorized on 06/15 IN *Xobee Networks 559-5791400 CA S309166345644903 Card 4892 |
| | 06/17 | 184.01 | Bill Pay Kerri Accountant on-Line No Account Number on 06-17 |
| | 06/17 | 131.78 | Purchase authorized on 06/15 Xtreme Action Park Fort Lauderda FL S309166609810409 Card 4819 |
| | 06/18 | 254.89 | Harland Clarke Check/Acc. 061719 00660487575482 Seven Stars on The Hud |
| | 06/18 | 55.00 | Purchase authorized on 06/18 USPS PO 11305602 3350 NE Oakland Park FL P00469169672273376 Card 4892 |
| | 06/18 | 4,561.22 < | Business to Business ACH Debit - Fla Dept Revenue C01 81074433 Rockin Jump Fo |
| | 06/19 | 53.98 | Purchase authorized on 06/18 Amzn Mktp US*M61Yx Amzn.Com/Bill WA S589169602693753 Card 4892 |
| | 06/19 | 203.51 | Recurring Payment authorized on 06/18 ATT*Bus Phone Pmt 800-288-2020 TX S309169714990493 Card 4892 |
| | 06/19 | 2,294.51 | Fpl Direct Debit Elec Pymt 06/19 0328780135 Webi Rockin Jump Fort Laude |
| | 06/20 | 14.99 | Recurring Payment authorized on 06/18 Adobe *Acropro Sub 800-833-6687 CA S389169581832728 Card 4892 |
| | 06/20 | 6.48 | Purchase authorized on 06/18 Amzn Mktp US*M66Pj Amzn.Com/Bill WA S469169599902845 Card 4892 |
| | 06/20 | 30.43 | Purchase authorized on 06/19 Cha-Baa Sushi Cate Fort Lauderda FL S469170619762753 Card 4819 |
| | 06/20 | 58.18 | Purchase authorized on 06/19 Amzn Mktp US*M69Hv Amzn.Com/Bill WA S389170705977636 Card 4892 |
| | 06/20 | 7.69 | Purchase authorized on 06/20 Office Depot 00 6325 Nort Fort Lauderda FL P00589171530323095 Card 4892 |
| | 06/21 | 8.55 | Purchase authorized on 06/19 Amzn Mktp US*M61Kb Amzn.Com/Bill WA S389170706132396 Card 4892 |
| | 06/21 | 54.60 | Recurring Payment authorized on 06/20 Humanity 415-230-0108 CA S389171432453816 Card 4892 |
| | 06/21 | 2,168.74 | Purchase authorized on 06/20 Staples Promotiona Overland Park KS S589171541303841 Card 4892 |
| | 06/21 | 164.08 | Purchase authorized on 06/21 WM Superc Wal-Mart Sup Pompano FL P00000000571413807 Card 4892 |
| | 06/24 | 185.90 | Purchase authorized on 06/20 Amzn Mktp US*MH7Yr Amzn.Com/Bill WA S309172219162720 Card 4892 |
| | 06/24 | 148.18 | Purchase authorized on 06/21 Restaurant Depot Pompano Beach FL S589172368380068 Card 4892 |
| | 06/24 | 41.24 | Purchase authorized on 06/21 Xtreme Action Park Fort Lauderda FL S469172708370839 Card 4819 |



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
|  | 06/24 | 453.11 | Purchase authorized on 06/22 Xtreme Action Park Fort Lauderda FL S389173597506506 Card 4819 |
|  | 06/24 | 45.02 | Purchase authorized on 06/22 WM Superc Wal-Mart Sup Pompano FL P00000000375687180 Card 4892 |
|  | 06/24 | 96.90 | Purchase authorized on 06/23 Xtreme Action Park Fort Lauderda FL S469174582328398 Card 4819 |
|  | 06/24 | 14.97 | Purchase authorized on 06/24 Bjs Wholesale #0 5100 NW Ft Lauderdale FL P00589175540775214 Card 4892 |
|  | 06/26 | 13.08 | Purchase authorized on 06/21 Amzn Mktp US*M6444 Amzn.Com/Bill WA S389172493506642 Card 4892 |
|  | 06/26 | 0.01 | Square Inc Sdv-Vrfy 190626 T200130519883 Seven Stars on The Hud |
|  | 06/27 | 6.26 | Purchase authorized on 06/25 Xtreme Action Park Fort Lauderda FL S469176698404014 Card 4892 |
|  | 06/27 | 205.08 | Purchase authorized on 06/26 Waste Pro of FL- 1 305-651-7011 FL S309177582340525 Card 4892 |
|  | 06/28 | 30.00 | Wire Trans Svc Charge - Sequence: 190628062630 Srf# 0066048179432961 Trn#190628062630 Rfb# |
|  | 06/28 | 35.98 | Purchase authorized on 06/23 Amzn Mktp US*M64Hh Amzn.Com/Bill WA S589175146054453 Card 4819 |
|  | 06/28 | 207.55 | Bill Pay Kerri Accountant on-Line No Account Number on 06-28 |
|  | 06/28 | 18,868.64 | WT Fed#06570 First Interstate B /Ftr/Bnf=Avitus, Inc. DBA Avitus Group Srf# 0066048179432961 Trn#190628062630 Rfb# |
|  | 06/28 | 142.74 | Purchase authorized on 06/28 WM Superc Wal-Mart Sup Pompano FL P00000000181450826 Card 4892 |
|  |  | **$102,982.65** | **Total electronic debits/bank debits** |

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

**Checks paid**

| Number | Amount | Date |  |
|---|---:|---|---|
| 1001 | 12,500.00 | 06/21 |  |
|  | **$12,500.00** |  | **Total checks paid** |
|  | **$115,482.65** |  | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06/11 | 60,208.93 | 06/18 | 41,209.08 | 06/25 | 51,873.58 |
| 06/12 | 26,873.26 | 06/19 | 44,441.28 | 06/26 | 55,476.14 |
| 06/13 | 22,491.81 | 06/20 | 46,762.33 | 06/27 | 56,768.33 |
| 06/14 | 25,987.32 | 06/21 | 33,847.06 | 06/28 | 38,894.73 |
| 06/17 | 40,029.35 | 06/24 | 47,985.22 |  |  |
| **Average daily ledger balance** | | **$0.00** | | | |



# ✓ IMPORTANT ACCOUNT INFORMATION

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**

We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to eight (8) per business day. We will not assess an overdraft or Non-Sufficient Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account.


NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.