UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SEVEN STARS ON THE HUDSON CORP.

Debtor,
_____/

Case No.: 19-17544-RBR

Chapter 11

**AGREED MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL PROPERTY**

MDG Powerline Holdings LLC ("Landlord"), by and through undersigned counsel, files this Agreed Motion to Continue Debtor's Motion to Assume Unexpired Lease of Nonresidential Property Pursuant to Bankruptcy Code §§365(a)(d)(4) (the "Motion") pursuant to Local Rule 5071-1, 7090-1, and 9013-1(c)(8), seeking entry of an order, substantially in the form of the proposed order attached hereto as Exhibit A, continuing the hearing on the Motion to Assume (as defined below) to December 10, 2019.

1. Debtor filed its *Motion to Assume Unexpired Lease of Nonresidential Property Pursuant to Bankruptcy Code §§365(a)(d)(4)* [ECF No. 80] (the "Motion to Assume"), whereby it is seeking to assume its lease with Landlord. The Motion to Assume is set for hearing on November 13, 2019.

2. In addition, the Court currently has scheduled Rockin Jump, LLC's *Motion for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1)* [ECF No. 39] (the "Stay Relief Motion"). The Stay Relief Motion is set for hearing on December 3, 2019.

3. Based on discussions between Debtor and Landlord, both parties agreed that the Stay Relief Motion should be heard prior to the hearing on the Motion to Assume.

4. Accordingly, Debtor and Landlord request that the hearing on the Motion to Assume be rescheduled to December 10, 2019, which is a date on which another hearing in this case is already scheduled.

5. A proposed order granting this Motion is attached hereto as Exhibit A. The proposed order is also being uploaded with the Court pursuant to Local Rule 5005-1.

6. **WHEREFORE**, Landlord respectfully requests that the Court grant this Motion and enter an order, substantially in the form of the proposed order attached hereto as Exhibit A: (a) continuing the hearing on the Motion to Assume until December 10, 2019; and (b) granting such further and other relief the Court deems just and proper.

Dated: November 8, 2019

Respectfully submitted,

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
*Counsel for MDG Powerline Holdings LLC*
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
(305) 374-7580

By:  /s/ *Jay M. Sakalo*
      Jay M. Sakalo
      Fla. Bar No. 156310

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all Parties appearing in this case who are registered to receive electronic noticing in this case via CM/ECF on this 8th day of November, 2019.

By: /s/ *Jay M. Sakalo*
Jay M. Sakalo

# EXHIBIT A

**UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

SEVEN STARS ON THE HUDSON CORP.

Debtor,
_____/

Case No.: 19-17544-RBR

Chapter 11

**AGREED ORDER GRANTING AGREED MOTION
TO CONTINUE HEARING ON DEBTOR'S MOTION TO
<u>ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL PROPERTY</u>**

On November 8, 2019, MDG Powerline Holdings LLC filed its *Agreed Motion to Continue Debtor's Motion to Assume Unexpired Lease of Nonresidential Property Pursuant to Bankruptcy Code §§365(a)(d)(4)* (the "<u>Motion</u>") pursuant to Local Rule 5071-1, 7090-1, and 9013-1(c)(8) [ECF No. __].  The Court, having reviewed the Motion and the file, noting the agreement of the parties, and finding good cause to grant the relief requested in the Motion, it is

–

**ORDERED** as follows:

1. The Motion is granted.

2. The hearing on the Motion to Assume (as defined in the Motion) shall be continued to **December 10, 2019 at 9:30 am**, at the United States Bankruptcy Court, 299 E. Broward Blvd., Courtroom 308, Ft. Lauderdale, FL 33301.

###

**Submitted By:**

Jay M. Sakalo
Florida Bar No. 0156310
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Telephone: (305) 374-7580
Facsimile: (305) 351-2253
E-mail: jsakalo@bilzin.com

**Copies furnished to:**
Jay M. Sakalo, Esq.
[Attorney Sakalo is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]