IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEVEN STARS ON THE HUDSON CORP., | ) | Case No. 19-17544 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AGREED MOTION TO CONTINUE HEARING ON
ROCKIN' JUMP, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

Rockin' Jump, LLC ("Franchisor"), by and through undersigned counsel, hereby files this Agreed Motion to Continue Hearing on Rockin' Jump, LLC's Motion for Relief from Automatic Stay (the "Motion") pursuant to Local Rules 5071-1, 7090-1, and 9013-1(c)(8), seeking entry of an order substantially in the form of the proposed order attached hereto as Exhibit A, continuing the hearing on Motion of Rockin' Jump, LLC for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [ECF No. 39] ("Stay Relief Motion").

1. On August 5, 2019, Franchisor filed its Stay Relief Motion.

2. The Stay Relief Motion is currently set for an evidentiary hearing on December 3, 2019.

3. Franchisor and Debtor are presently engaged in meaningful settlement negotiations, but require additional time to determine whether they can reach a resolution of the Stay Relief Motion without the need for judicial intervention.

4. Franchisor and Debtor request that in the interest of preserving judicial resources, as well as the estate's and the parties' resources, the hearing on the Stay Relief Motion be rescheduled to January 21, 2010.

5.       A proposed order granting this Motion is attached hereto as Exhibit A.  The proposed order is also being uploaded to the Court pursuant to Local Rule 5005-1.

**WHEREFORE**, Franchisor respectfully requests that the Court grant this Motion and enter an order, substantially in the form of the proposed order attached hereto as Exhibit A, continuing the hearing on the Stay Relief Motion until January 21, 2020, and granting any other and further relief as the Court deems just and proper.

November 26, 2019                             Respectfully submitted,

*/s/ Joseph M. Wasserkrug*

**MCDERMOTT WILL & EMERY LLP**

Joseph M. Wasserkrug
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone:  (305) 347-6501
Facsimile:  (305) 938-2184
jwasserkrug@mwe.com
Florida Bar No. 112274

Brandon Q. White
444 W. Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 277-7504
bqwhite@mwe.com
Illinois Bar No. 6310472
*Pro hac vice*

Nathan F. Coco
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002-4403
Telephone: (713) 653-1700
Facsimile: (713) 583-60143
ncoco@mwe.com
Texas Bar No.  24091122
*Pro hac vice*
*Attorneys for Rockin' Jump, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **November 26, 2019**, a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notice of filing in this case.

/s/ *Joseph M. Wasserkrug*
Joseph M. Wasserkrug