IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEVEN STARS ON THE HUDSON CORP., | ) | Case No. 19-17544 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AGREED MOTION TO CONTINUE HEARING ON ROCKIN' JUMP, LLC'S MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND MOTION TO AMEND RELIEF GRANTED IN THE ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSES**

Rockin' Jump, LLC ("Franchisor"), by and through undersigned counsel, hereby files this Agreed Motion to Continue Hearing on Rockin' Jump, LLC's Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [ECF No. 39] ("Stay Relief Motion") and Motion to Amend the Amount of Relief Granted in the Order Granting the Application for Administrative Expenses [ECF No. 61] ("Motion to Amend" and together with the Stay Relief Motion, the "Motions") pursuant to Local Rules 5071-1, 7090-1, and 9013-1(c)(8), seeking entry of an order substantially in the form of the proposed order attached hereto as **Exhibit A**, continuing the hearing on the Motions.

1. On August 5, 2019, Franchisor filed its Stay Relief Motion.

2. On August 30, 2019, Franchisor filed its Motion to Amend.

3. The Stay Relief Motion is currently set for an evidentiary hearing on March 3, 2020 at 1:30 pm.

4. Franchisor and Debtor have been engaged in meaningful, good-faith settlement negotiations to resolve the Stay Relief Motion, the treatment of Franchisor's administrative and pre-petition claims and the treatment of the franchise related contracts.

1

5. Franchisor and Debtor have reached an agreement with respect to the Motions, and have executed a term sheet, but require additional time to finalize the documentation and file a motion for approval of the settlement pursuant to Fed. R. Bankr. P. 9019.

6. Franchisor and Debtor anticipate that a motion for approval of their settlement will be filed by March 6, 2020.

7. Franchisor and Debtor request that in the interest of preserving judicial resources, as well as the estate's and the parties' resources, the hearing on the Motions to be rescheduled to April 21, 2020 at 1:30 pm.

8. A proposed order granting this Motion is attached hereto as **Exhibit A**. The proposed order is also being uploaded to the Court pursuant to Local Rule 5005-1.

**WHEREFORE**, Franchisor respectfully requests that the Court grant this Motion and enter an order, substantially in the form of the proposed order attached hereto as **Exhibit A**, continuing the hearing on the Motions until April 21, 2020 at 1:30 pm, and granting any other and further relief as the Court deems just and proper.

Dated: March 2, 2020

Respectfully submitted,

*/s/ Joseph M. Wasserkrug*
**MCDERMOTT WILL & EMERY LLP**
Joseph M. Wasserkrug
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 347-6501
Facsimile: (305) 938-2184
jwasserkrug@mwe.com
Florida Bar No. 112274

        Brandon Q. White
        444 W. Lake Street, Suite 4000
        Chicago, IL 60606-0029
        Telephone: (312) 372-2000
        Facsimile: (312) 277-7504
        bqwhite@mwe.com
        Illinois Bar No. 6310472
        *Pro hac vice*

        Nathan F. Coco
        Two Allen Center
        1200 Smith Street, Suite 1600
        Houston, TX 77002-4403
        Telephone: (713) 653-1700
        Facsimile: (713) 583-60143
        ncoco@mwe.com
        Texas Bar No.  24091122
        *Pro hac vice*
        *Attorneys for Rockin' Jump, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on **March 2, 2020**, a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notice of filing in this case.

        /s/ *Joseph M. Wasserkrug*
        Joseph M. Wasserkrug