UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SEVEN STARS ON THE HUDSON CORP.

        Debtor,
_____/

Case No.: 19-17544-SMG

Chapter 11

## NOTICE OF FILING

MDG Powerline Holdings, LLC, by and through its undersigned counsel, hereby gives notice of filing the attached Exhibits A and B to *Objection of MDG Powerline Holdings, LLC to Debtor's Motion to Assume Unexpired Lease of Nonresidential Property* [ECF No. 164], dated April 27, 2020.

        BILZIN SUMBERG BAENA
        PRICE & AXELROD LLP
        *Counsel for MDG Powerline Holdings, LLC*
        1450 Brickell Avenue, 23rd Floor
        Miami, Florida 33131
        (305) 374-7580

        By:   /s/ *Jay M. Sakalo*
                Jay M. Sakalo
                Fla. Bar No. 156310

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all Parties appearing in this case who are registered to receive electronic noticing in this case via CM/ECF on this 27th day of April, 2020.

By: /s/ *Jay M. Sakalo*
Jay M. Sakalo